UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                          BKY Case No.: 08-4636

ARC Venture Holding, Inc., et al.,                                        Chapter
                                                               (Jointly Administered
          Debtors.[1]

Brian F. Leonard, Trustee,

          Plaintiff,

     v.
                                                               Adv. No. 10-4234
Violation Management Services,

          Defendant.

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1.   The time in which Violation Management Services may answer, move or otherwise plead in response to plaintiffs' complaint is extended to November 22, 2010.

2.   The parties respectfully request that the court enter an order approving the terms of this stipulation.

---

[1] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.

Date: October 15, 2010  /e/ *Andrea M. Hauser*
Andrea M. Hauser (#207469)
Leonard, O'Brien, Spencer, Gale & Sayre, Ltd.
100 S. 5th Street; Suite 2500
Minneapolis, MN 55402
Phone: (612) 332-1030
ahauser@losgs.com

Attorney for Brian F. Leonard, Trustee


Dated: October 15, 2010  /e/ *Michael D. Gordon*
Michael D. Gordon, Esq. (#320080)
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel. (612) 977-8562
Fax. (612) 977-8650
mgordon@briggs.com
Attorney for Violation Management Services

2786872v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                              Chapter 7 Bankruptcy

ARC Venture Holdings, Inc. et. al.                  Case No. 08-46367

---

Brian F. Leonard, Trustee,

        Plaintiff,

  v.

                                            Adv. No. 10-4234

Violation Management Services,

        Defendant.

---

**ORDER**

---

Upon the stipulation of the parties,

IT IS HEREBY ORDERED:

The time in which Violation Management Services may answer, move or otherwise plead in response to plaintiffs' complaint is extended to November 22, 2010.

Dated:

                                            Nancy C. Dreher
                                            Chief United States Bankruptcy Judge

429166

2786872v1